NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

COMMSCOPE TECHNOLOGIES LLC,
*Appellant*

**v.**

**BELDEN INC.,**
*Appellee*

2025-1428

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01056.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' submission of Federal Circuit Form 18, Joint Stipulation of Voluntary Dismissal indicating the voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 44,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

2                    COMMSCOPE TECHNOLOGIES LLC v. BELDEN INC.

(2)  Any pending motion is denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 26, 2026
Date

ISSUED AS A MANDATE:  June 26, 2026